**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Samarco Mineração S.A. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** <br> ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> ☑ Other  16.628.281/0001-61 .  Describe identifier  Brazilian tax ID . <br><br> **For individual debtors:** <br> ☐ Social Security number:   xxx – xx– ____ ____ ____ ____ <br> ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____ <br> ☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Cristina Morgan Cavalcanti |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Appointed by the Debtor's board of directors as foreign representative of Judicial Reorganization no. 5046520-86.2021.8.13.0024 pending before the 2nd Business State Court for the Belo Horizonte District of Minas Gerais |
| 5. | **Nature of the foreign proceeding** | *Check one:* <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br><br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br><br> ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> A certified copy, translated into English, of the decision commencing the foreign proceeding is attached. <br> A copy, translated into English, of the board directors' resolution appointing the foreign representative is attached. |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☑ Yes |

Debtor  Samarco Mineração S.A.
        Name

Case number (*if known*)_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

Rua Paraíba nº 1.122, 9º andar
Number      Street

_____
P.O. Box

Belo Horizonte          MG        30130-141
City            State/Province/Region    ZIP/Postal Code

Brazil
Country

**Individual debtor's habitual residence:**

_____
Number      Street

_____
P.O. Box

_____
City        State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Rua Paraíba nº 1.122, 9º andar
Number      Street

_____
P.O. Box

Belo Horizonte          MG        30130-141
City            State/Province/Region    ZIP/Postal Code

Brazil
Country

10. **Debtor's website** (URL)     www.samarco.com

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　☐ Partnership

　☐ Other. Specify: _____

☐ Individual

Debtor   Samarco Mineração S.A.                                    Case number (if known) _____
         Name

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ *Cristina Morgan Cavalcanti* (DocuSigned by: 88F5C965E31D4C6...)         Cristina Morgan Cavalcanti
Signature of foreign representative                                        Printed name

Executed on  04/16/2021
             MM / DD / YYYY

✗ _____                                          _____
Signature of foreign representative                                        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Thomas S. Kessler                                   Date   04/19/2021
Signature of Attorney for foreign representative                 MM / DD / YYYY

Thomas S. Kessler
Printed name

Cleary Gottlieb Steen & Hamilton LLP
Firm name

One Liberty Plaza
Number     Street

New York                                    NY           10006
City                                        State        ZIP Code

(212) 225-2000                              tkessler@cgsh.com
Contact phone                               Email address

5232988                                     NY
Bar number                                  State